■ PORT JEFFERSON PORK AND BEEF CORP., Doing Business as BUTCHER BOY, Plaintiff, v. TOBY CALETTA, as President of Amalgamated Meat Cutters and Retail Food Store Employees Union of Greater New York, Local 342, AFL-CIO, Defendant.— Application by defendant, pursuant to statute (CPLR, 5704), made to a Justice of this court, to modify an order of the Supreme Court, Suffolk County, made *ex parte* and dated July 9, 1966, which *inter alia,* granted a temporary injunction in an action involving a labor dispute. Application granted by Presiding Justice GEORGE J. BELDOCK; the said order is modified by vacating the temporary injunction contained therein (see Labor Law, § 807).